UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MICHELE TOURANGEAU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:20-cv-00012-JAW |
| | ) | |
| NAPPI DISTRIBUTORS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER SETTING SETTLEMENT CONFERENCE**

It is hereby ORDERED that this matter be set for a settlement conference to be held before U.S. Magistrate Judge John C. Nivison.  The settlement conference will be held remotely via videoconference, on December 4, 2020, commencing at 8:30 a.m.

It is <u>FURTHER</u> <u>ORDERED</u> that counsel appear by video conference with their clients and insurance representatives at such time and be fully authorized to accomplish settlement of the case and prepared to engage in effective settlement negotiations.

The parties shall each submit to Judge Nivison, **on or before November 27, 2020,** an <u>in camera</u> statement, <u>no more than five pages in length</u>, setting forth their respective settlement positions concerning all issues involved in the case, setting forth a detailed articulation of the rationale for such position.  The parties shall also submit as part of the <u>in camera</u> statement a realistic estimate of

anticipated attorneys fees and costs in the event of trial to final judgment.  **The statements are not to be provided to the opposing side and shall be sent directly to Judge Nivison's chambers and not electronically filed with the Clerk.  The statements may be sent via email to [newcases.bangor@med.uscourts.gov](mailto:newcases.bangor@med.uscourts.gov) or faxed to 207-945-0362, or by U.S. mail to Office of U.S. Magistrate Judge, 202 Harlow Street, Bangor, ME 04401; or delivered in hand to the Clerk's Office at 202 Harlow Street, Bangor, Maine.**

        /s/ John C. Nivison
        U.S. Magistrate Judge

Dated this 17th day of November, 2020.